No. 77–5234. GILES v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 77–5241. CLAYTON v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 77–5247. JONES v. PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 77–5260. FELTON v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 77–5277. WETHERINGTON v. PUTNAM, MAGISTRATE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–5284. KING v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 77–5292. ATCHISON v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 77–5298. SEVERA v. UNEMPLOYMENT COMPENSATION BOARD OF REVIEW OF PENNSYLVANIA. Pa. Commw. Ct. Certiorari denied.

No. 77–5320. FRIEDBERG v. MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 77–5374. GREEDY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–5385. SOR-LOKKEN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–5400. JENKINS v. UNITED STATES. Ct. App. D. C. Certiorari denied.